FILED
CLERK, U.S. DISTRICT COURT
December 5, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Presser Direct, LLC, <br><br>   Plaintiff, <br><br>  v. <br><br>Kelley West, <br><br>   Defendant. | Case No. 2:16-cv-05172-SJO-AJW <br><br> The Honorable S. James Otero <br><br> **FINAL JUDGMENT** |

  The Court hereby enters its final judgment as follows:

  1. In 2013, Mark A. Presser and Daniel S.C. Kwok (together, "Presser and Kwok") invented a new personal microderm abrasion device. Presser and Kwok assigned their rights in their inventions to plaintiff Presser Direct, LLC ("Presser Direct") and in 2013 Presser Direct filed an application for design-patent protection and provisional and non-provisional applications for utility-patent protection of those inventions. The design patent issued on August 15, 2015 as U.S. Patent No. D737,441 ("the '441 patent").

2. Presser and Kwok are the true inventors of the inventions claimed in the '441 patent. Defendant Kelley West ("West") is not the inventor, or a co-inventor, of any such invention.

3. West is permanently enjoined from asserting in any proceeding, state court, federal court, or otherwise, that she is the inventor, or a co-inventor, of any invention claimed in the '441 patent.

4. Each party shall bear its own fees and costs herein.

*S. James Otero*

Dated: 12/5/17

United States District Court Judge